UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
MALIBU MEDIA, LLC,

                Plaintiff,

        vs.

JEREMY SANDERS,

                Defendant.
------------------------------------------------------------X

Case No. 1:18-cv-08694-PGG

## ORDER ON PLAINTIFF'S MOTION FOR ALTERNATE SERVICE OF ORDER TO SHOW CAUSE [CM/ECF 36] ON DEFENDANT JEREMY SANDERS

THIS CAUSE came before the Court upon Plaintiff's Motion for Alternate Service of Order to Show Cause [CM/ECF 36] on Defendant Jeremy Sanders the ("Motion"), pursuant to Fed. R. Civ. P. 4(e)(1), and New York Consolidated Laws CVP § 308(5). This is a case for copyright infringement arising under United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. The Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. Plaintiff's Motion is granted.

2. Plaintiff is permitted to serve Defendant Jeremy Sanders by alternate service, including posting a copy of this Court's Order to Show Cause re Default and its Exhibits, and sending a copy by United States Postal Service first class mail, return receipt requested, to Defendant at the Last Known Address, 101 West 81st Street, Apt 711, New York, NY 10024.

3. Plaintiff shall have fourteen (14) days from the date of this Order to serve Defendant Jeremy Sanders by alternate service.

4. The Defendant shall have __30__ days from the date Alternative Service was completed to file any opposition to the Order to Show Cause with this Court.

5. Plaintiff shall have __37__ days from the date Alternative Service was completed to file any reply to the Order to Show Cause with this Court.

6. The hearing initial set on the Order to Show Cause will be continued to __October 3__, 2019, at __10:00__ a.m./~~p.m.~~

SO ORDERED this 21st day of __July__, 2019.

By: ___/s/ Paula Douglah___
**UNITED STATES DISTRICT JUDGE**

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
                                                         :
MALIBU MEDIA, LLC,                                       :
                                                         :  Case No. 1:18-cv-08694-PGG
                      Plaintiff,                        :
                                                         :
            vs.                                       :
                                                         :
JEREMY SANDERS,                                          :
                                                         :
                      Defendant.                        :
-----------------------------------------------------------X

## ORDER ON PLAINTIFF'S MOTION FOR ALTERNATE SERVICE OF ORDER TO SHOW CAUSE [CM/ECF 36] ON DEFENDANT JEREMY SANDERS

THIS CAUSE came before the Court upon Plaintiff's Motion for Alternate Service of Order to Show Cause [CM/ECF 36] on Defendant Jeremy Sanders the ("Motion"), pursuant to Fed. R. Civ. P. 4(e)(1), and New York Consolidated Laws CVP § 308(5). This is a case for copyright infringement arising under United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. The Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. Plaintiff's Motion is granted.

2. Plaintiff is permitted to serve Defendant Jeremy Sanders by alternate service, including posting a copy of this Court's Order to Show Cause re Default and its Exhibits, and sending a copy by United States Postal Service first class mail, return receipt requested, to Defendant at the Last Known Address, 101 West 81st Street, Apt 711, New York, NY 10024.

3. Plaintiff shall have fourteen (14) days from the date of this Order to serve Defendant Jeremy Sanders by alternate service.

4. The Defendant shall have ___30___ days from the date Alternative Service was completed to file any opposition to the Order to Show Cause with this Court.

5. Plaintiff shall have ___37___ days from the date Alternative Service was completed to file any reply to the Order to Show Cause with this Court.

6. The hearing initial set on the Order to Show Cause will be continued to ___October 3___, 2019, at ___10:00___ a.m./~~p.m.~~

SO ORDERED this 21st day of ___July___, 2019.

By: ___Paula Dough___
UNITED STATES DISTRICT JUDGE

2