UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MALIBU MEDIA, LLC,

                              Plaintiff,

               -against-

JOHN DOE subscriber assigned IP address
65.78.23.98,

                             Defendant.

------------------------------------------------------------------X

18-CV-8694 (PGG) (KHP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/31/20

**KATHARINE H. PARKER, United States Magistrate Judge:**

On January 29, 2020, Plaintiff appeared for an inquest hearing. Defendant did not appear. As discussed on the record, the following order is entered:

**Supplemental Affidavits.** Plaintiff shall file any supplemental affidavits in support of its motion for damages by no later than **February 12, 2020**.

**Service to *pro se* Defendant.** Plaintiff is directed to serve on Defendant a copy of the inquest hearing transcript and any additional submissions. Defendant shall file an affidavit of service no later than two weeks after it receives the transcript of the hearing.

**Response.** Defendant will have thirty (30) days from service of the inquest hearing transcript to file any response to Plaintiff's motion for damages.

**The Plaintiff is directed to serve a copy of this order on *pro se* Defendant and file an affidavit of service by no later than February 6, 2020.**

**SO ORDERED.**

DATED:   New York, New York
         January 31, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge