UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
                                                             :
MALIBU MEDIA, LLC,                                           :
                                                             :   Case No. 1:18-cv-08694-PGG
                              Plaintiff,                     :
v.                                                           :
                                                             :
JEREMY SANDERS,                                              :
                                                             :
                              Defendant.                     :
------------------------------------------------------------ X
```

## NOTICE OF FILING

PLEASE TAKE NOTICE, Plaintiff hereby files Demovsky Lawyer Services Invoices, totaling $325.35, in support of its Statement of Damages [CM/ECF 47] to recover additional costs expended by Plaintiff.

Dated:  March 26, 2020                     Respectfully submitted,

                                      By: /s/ *Kevin T. Conway*
                                      Kevin T. Conway, Esq. (KC-3347)
                                      80 Red Schoolhouse Road, Suite 110
                                      Spring Valley, New York 10977
                                      T: 845-352-0206
                                      F: 845-352-0481
                                      E-mail: ktcmalibu@gmail.com
                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2020, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

By: /s/ *Kevin T. Conway*
Kevin T. Conway, Esq.

**Service List**
Jeremy Sanders
101 W 81st Street
Apt. 711
New York NY 10024