**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

MALIBU MEDIA, LLC,

                    Plaintiff,

              -against-

JEREMY SANDERS,

                   Defendant.

-----------------------------------------------------------X

18 **CIV** 8694 (PGG) (KHP)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the

Court's Order dated August 27, 2020, Judge Parker's R&R is adopted in its entirety; Plaintiff is

awarded $9,000 in statutory damages and $400 in costs; accordingly, the case is closed.

**DATED**: New York, NewYork
           August 27, 2020

                              **RUBY J. KRAJICK**
                              _____
                               **Clerk of Court**

              **BY:**  _____
                               **Deputy Clerk**